IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LYONS, | : | Civil No. 3:25-cv-993 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MARK ABEIL, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 20th day of June, 2025, upon consideration of the *pro se* Plaintiff's complaint (Doc. 1), and upon further consideration of the application to proceed *in forma pauperis* (Doc. 7), filed by Plaintiff, an individual formerly incarcerated at the State Correctional Institution, Dallas, Pennsylvania, **IT IS HEREBY ORDERED THAT**:

1. The application to proceed *in forma pauperis* (Doc. 7) is **GRANTED**.[1]

2. The application to proceed *in forma pauperis* (Doc. 2) filed on June 3, 2025, is **DISMISSED** as an improper form.

3. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed *in forma pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation.

---

[1] Plaintiff is not incarcerated and is not subject to the requirements of 28 U.S.C. § 1915(a)(2), requiring installment payments of the civil action filing fee from his inmate trust account. A non-prisoner applicant who seeks to proceed *in forma pauperis* must submit an affidavit that includes a complete list of the applicant's assets to establish that the applicant is unable to pay the requisite fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff's IFP application was completed in full, and reflects that he is not employed, has received no income in the past twelve months, has no savings or assets, no dependents, and no debt. (Doc. 7). Plaintiff's IFP application appears to satisfy the financial eligibility requirements of 28 U.S.C. § 1915(a)(1).

4. The complaint (Doc. 1) is **DEEMED** filed.

5. The complaint (Doc. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. Plaintiff shall **FILE one all-inclusive proposed amended complaint** on or before **July 8, 2025**, that fully complies with Rules 8 and 20 of the Federal Rules of Civil Procedure.

7. The proposed amended complaint shall contain the same case number that is already assigned to this action, 3:25-cv-993, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(e).

8. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims and parties will be considered a failure to comply with an order of court. *See* FED. R. CIV. P. 20.

9. Failure to timely comply with the directive in paragraph 6 will result in dismissal of this action without further notice of Court.

10. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. 1915(a)(3).

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge