IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LYONS, | : | Civil No. 3:25-cv-993 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| T. ZOLTEWICSZ, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 29th day of July, 2025, upon preliminary consideration of Plaintiff's amended complaint (Doc. 16), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The amended complaint (Doc. 16) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The claims against Defendants Zoltewicsz, Bird, and Rasheed are **DISMISSED** without prejudice and with leave to amend.

3. The FTCA claim and the claims against SCI-Dallas and Defendant Diltz are **DISMISSED** with prejudice and without leave to amend.

4. Plaintiff shall **FILE** <u>one all-inclusive proposed second amended complaint</u> on or before **August 12, 2025**, that fully complies with Rules 8 and 20 of the Federal Rules of Civil Procedure.

5. The proposed second amended complaint shall contain the same case number that is already assigned to this action, 3:25-cv-993, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter.  *See* FED. R. CIV. P. 8(e).

6. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims and parties will be considered a failure to comply with an order of court. *See* FED. R. CIV. P. 20.

7. Failure to timely comply with the directive in paragraph 4 will cause this case to remain closed without the necessity of a further Order of Court (*see* Doc. 11 (Court Order dismissing case)).

8. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. 1915(a)(3).

_____
Robert D. Mariani
United States District Judge